DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHRISTOPHER ZUNIGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3246

————————————————

March 13, 2024

Appeal pursuant to Fla. R. App. P. 9.140(b)(1)(A), (F) from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.


CASANUEVA, LaROSE, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.